THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
Attorney for Plaintiff
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone: (253) 970-1683
CA Bar No. 310526
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorney for Plaintiff, CHEYENNE PETRICH**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE PETRICH, an individual, and ANDREW WILLIAMS, an individual, <br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC, a Delaware corporation; <br> RASIER, LLC, a California limited liability company; <br> RASIER-CA, LLC, a California limited liability company; <br> RASIER-PA, LLC, a California limited liability company; <br> VK SHUTTLE, LLC, a California limited liability company; <br> VARUZHAN KIZIRIAN, an individual; <br> DAIRY MARIELA HERRERA DEL RIO, an individual; <br> LORENA LARA DEL RIO, an individual; and DOES 1 through 50, inclusive <br> Defendants. | Case No.: 2:20-CV-02133-CJC-SK <br><br> **MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br> Judge: Honorable Cormac J. Carney <br> DATE: November 16, 2020 <br> TIME: 1:30 PM |

NOW COMES Plaintiff, CHEYENNE PETRICH ("Petrich") by and through counsel, and Plaintiff, ANDREW WILLIAMS ("Williams"), in *pro per* (collectively, Petrich and Williams shall be referred to as the "Plaintiffs"), and Plaintiffs respectfully request that entry of judgment by Default be

MOTION FOR ENTRY OF DEFAULT JUDGMENT - 1

entered against Defendants, VK SHUTTLE, LLC ("VK"), VARUZHAN KIZIRIAN ("KIZIRIAN"), DAIRY MARIELA HERRERA DEL RIO ("D. DEL RIO"), and LORENA LARA DEL RIO ("L. DEL RIO") (collectively, VK, Kizirian, D. Del Rio, and L. Del Rio shall be referred to as the "Defendants"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. In support of this request the Plaintiffs rely upon the record in this case, the declaration submitted herein, any oral argument and evidence submitted at any hearing on this matter, and in support of this motion, the Plaintiffs show unto the Court the following:

1. On March 4, 2020, the Plaintiffs filed in the Central District of California, Western Division, a complaint which alleged claims that included counts for: 1) Negligence; 2) Negligent Infliction of Emotional Distress; 3) Battery; and 4) Intentional Infliction of Emotional Distress. *See* [DE 1].

2. On June 1, 2020, the Defendants were all served with copies of the Summons and Complaint. *See* [DE 28, 29, 30, 31].

3. Defendant VK was served via a corporate officer. *See* [DE 30, 50].

4. Defendant Kizirian was served via personal service. *See* [DE 29, 49].

5. Defendant D. Del Rio was served via personal service. *See* [DE 28, 52].

6. Defendant L. Del Rio was served via substitute service. *See* [DE 31, 51].

7. On July 30, 2020, the Plaintiffs filed a second set of requests for entry of default against the Defendants. *See* [DE 53, 54].

8. The Plaintiffs' requests for entry of default against the Defendants were entered by the clerk pursuant to Federal Rules of Civil Procedure 55(a) on July 31, 2020. *See* [DE 56, 57]

9. None of the Defendants have plead or otherwise defended this action, and Plaintiff is entitled to judgment by default against the Defendants.

10. Pursuant to the provisions of Rule 55(b), Federal Rules of Civil Procedure, this Court is

empowered to enter a default judgment against the Defendants for the relief sought by the Plaintiffs in their Complaint in an amount to be proven at the hearing on this motion.

11. Written notice of this action has been given to the Defendants as set forth in the attached declaration.

# PRAYER

WHEREFORE, the Plaintiffs pray that the Court enter a judgment of default against the Defendants as follows:

1. For a judgment awarding the Plaintiffs general damages and special damages, including punitive damages, as a result of the Defendants' negligent and reckless acts and/or omissions, together with interest and costs, and in no event less than the amount of $1,500,000.00 per Plaintiff;

2. For a judgment awarding the Plaintiffs from the Defendants, their expenses, costs, and attorney's fees; and

3. An order awarding such other and further relief to the Plaintiffs as this Court deems just.

4. The Plaintiffs respectfully requests that this Court stay entering a judgment amount until the Plaintiffs pending claims with the remaining defendants have resolved either through trial or settlement.

DATED this 7th day of October 2020.

Respectfully submitted,

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq.
BY: ANDREW WILLIAMS, ESQ.
California Bar No.: 310526
6273 Sunset Drive, Ste D3
South Miami, Florida 33143
Telephone: (253) 970-1683
Attorney for Plaintiff Cheyenne Petrich
E-Service: Andrew@TheWilliamsLG.com
Secondary: WilliamsLawFlorida@gmail.com

## CERTIFICATE OF SERVICE

Plaintiffs CHEYENNE PETRICH and ANDREW WILLIAMS hereby certify that on this 7th day of October 2020, a true and complete copy of this motion was served on all parties and counsel of record through the CM/ECF filing system and via certified mail through the United States Postal Service the following day.

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq