Nanette G. Reed, Esq. (SBN 243552)
Nanette.Reed@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
Telephone: (213) 443-5100
Fax (213) 443-5101

Attorneys for Defendants,
UBER TECHNOLOGIES, INC, RASIER, LLC, AND
RASIER-CA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE PETRICH, an individual, and ANDREW WILLIAMS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC, a Delaware corporation; RASIER, LLC, a California limited liability company; RASIER-CA, LLC, a California limited liability company; RASIER-PA, LLC, a California limited liability company; VK SHUTTLE, LLC, a California limited liability company; VARUZHAN KIZIRIAN, an individual; DAIRY MARIELA HERRERA DEL RIO, an individual; LORENA LARA DEL RIO, an individual; and DOES 1 through 50, inclusive <br><br> Defendants. | Case No.: 2:20-cv-02133-CJC-SK <br><br> **ORDER RE: STIPULATED PROTECTIVE ORDER** |

///

1
PROPOSED ORDER
250832932v.2

1  Having reviewed and found good cause for the parties to enter into the Stipulation
2  for Protective Order, the Stipulation is so entered.
3
4
5  IT IS SO ORDERED.
6
7  Dated: March 1, 2021                    _____
8                                          Hon. Steve Kim
                                           United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

*Cheyenne Petrich, et al. v. Uber Technologies, et al.*
U.S. District Court Central Court Case No.: 2:20-cv-02133-CJC-SK
Wilson Elser File No. 18422.01183

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, 29th Floor, Los Angeles, California 90071.

I hereby certify that on **February 26, 2021**, I served the document(s) described as **PROPOSED ORDER RE: STIPULATED PROTECTIVE ORDER** on the parties in this action as follows:

| | |
|---|---|
| Andrew Williams, Esq.<br>THE WILLIAMS LAW GROUP<br>6273 Sunset Drive, Ste. D3<br>South Miami, FL 33143<br>T: (253) 970-1683<br>Email: andrew@thewilliamsLG.com | Attorneys for Plaintiff,<br>VAUGHN TELEMAQUE |

**[XX] BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Executed on **February 26, 2021** at Los Angeles, California.

/s/ *Cora Hernandez*
Cora Hernandez