UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 20-02133-CJC (SKx)            Date: May 2, 2022

Title: PETRICH ET AL. V. UBER TECHNOLOGIES INC. ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

       On March 4, 2020, Plaintiffs Cheyenne Petrich and Andrew Williams filed this action against Defendants Uber Technologies, Inc, Rasier, LLC, Raiser-CA, LLC, Raiser-PA, LLC, VK Shuttle, LLC, VK Shuttle, LLC, Varuzhan Kizirian, Dairy Mariela Del Rio, Lorena Lara Del Rio, and unnamed does 1 through 50. (Dkt. 1.) Only a few defendants remain in the case. The action is set for trial June 7, 2022 at 8:30 a.m. (Dkt. 109.) Counsel has not responded to the Court's inquiries as to whether the parties intend to move forward on the set trial date. No action has taken place since February 2022. Accordingly, the Court **ORDERS** plaintiffs to respond to this order to show cause as to why the case should not be dismissed for lack of prosecution by **Wednesday**, **May 11, 2022**.

as
MINUTES FORM 11
CIV-GEN                                                                  Initials of Deputy Clerk RRP