JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02133-CJC (SKx)            Date: September 30, 2022

Title: CHEYENNE PETRICH ET AL. V. UBER TECHNOLOGIES ET AL

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE**

It is a plaintiff's responsibility to prosecute her case diligently. However, it appears that Plaintiffs Cheyenne Petrich and Andrew Williams do not wish to further prosecute this case.

On March 4, 2020, Plaintiffs filed this action against Defendants Uber Technologies, Inc; Rasier, LLC; Raiser-CA, LLC; Raiser-PA, LLC; VK Shuttle, LLC; Varuzhan Kizirian; Dairy Mariela Del Rio; Lorena Lara Del Rio; and unnamed Does 1 through 50. (Dkt. 1.) The only remaining defendants in this action are VK Shuttle, LLC, Dairy Mariela Del Rio, and Lorena Lara Del Rio. (Dkt. 119 at 3.) On May 2, 2022, the Court filed an Order to Show Cause why the case should not be dismissed for lack of prosecution. (Dkt. 118.) On May 12, 2022, Plaintiffs responded, stating that they would file a Motion for Default Judgment within 10 days and that they "will have filed their renewed/amended Motion for Default Judgment and a hearing will have been set and heard within forty-five (45) days from today's date." (Dkt. 119 at 5.) In response to this representation from Plaintiffs, the Court issued an order discharging the Order to Show Cause. (Dkt. 120.)

On August 30, 2022, after there had been no docket activity for three months, the Court issued a new Order to Show Cause requiring Plaintiffs to file the Motion for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02133-CJC (SKx)            Date: September 29, 2022
           Page 2

---

Default Judgment by September 12, 2022.  (Dkt. 121.)  The Court informed Plaintiffs that if they failed to do so, the case would be dismissed for lack of prosecution and failure to comply with Court orders.  (*Id.*)  On September 12, 2022, Plaintiffs filed a motion requesting an extension of time to file the Motion for Default Judgment.  (Dkt. 122.)  The Court granted the request and gave Plaintiffs a new deadline of September 26, 2022.  (Dkt. 123.)  Plaintiffs have not filed the Motion for Default Judgment.

     By failing to comply with this Court's orders, Plaintiffs have demonstrated that they no longer wish to prosecute this case.  Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

qr

MINUTES FORM 11
CIVIL-GEN                                                                        Initials of Deputy Clerk RRP